AO 442 (rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
### District of Montana

RECEIVED
2022 APR 14  AM 10: 04
US MARSHALS SERVICE
BILLINGS, MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| | ) Case No.:   0977 1:14CR00027-001 |
| Garrett Sidney Henderson Wadda | ) |
| | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

   YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay **Garrett Sidney Henderson Wadda**, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18:3.F; ACCESSORY AFTER THE FACT

Date: 4-14-2022

_Susan P. Watters_
Issuing Officer's Signature

City and State: Billings, MT

Susan P Watters
United States District Judge

### Return

This warrant was received on (date) 4/14/2022, and the person was arrested on (date) 4/18/2022
at (city and state) Billings MT.

Date: 4/19/22

Arresting Officer's Signature

Troy Neville Deputy U.S. Marshal
Printed Name and Title