IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GARRETT SIDNEY HENDERSON WADDA,<br><br>Defendant. | CR 14-27-BLG-SPW<br><br>ORDER |

Pending before the Court is the motion of the United States to dismiss the petition for warrant for offender under supervision and to quash the warrant for the defendant's arrest (Doc. 166). For good cause shown,

**IT IS HEREBY ORDERED** that the petition for warrant for offender under supervision is **DISMISSED**.

**IT IS FURTHER ORDERED** that the warrant for the defendant's arrest is **QUASHED**.

DATED this 16th day of August, 2022.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1